# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REV. CALVIN WARREN,

    Plaintiff,

v.

GEORGE BUSH, *et al.*,

    Defendants.

Case No. 2:08-CV-00016-KJD-PAL

**ORDER**

    Presently before the Court is the Order and Report of Findings and Recommendation (#2) of Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed with prejudice as frivolous. Though the time for doing so has passed, no objections to the magistrate judge's order have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Order and Report of Findings and Recommendation (#2) of the United States Magistrate Judge entered May 13, 2008, should be adopted and affirmed.

    IT IS THEREFORE ORDERED that Order and Report of Findings and Recommendation (#2) of the United States Magistrate Judge entered May 13, 2008, is **ADOPTED** and **AFFIRMED**;

1   IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice as**
2   **frivolous**.

3   DATED this 8TH day of August 2008.

```
                                    _____
                                    Kent J. Dawson
                                    United States District Judge
```